**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

In Re: Debtor(s) **Tommy Lamar Walden**

Case No.: **21−40167−bem**
Chapter: **13**

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on February 12, 2021. The amount needed to pay the filing fee in full is **$313.00.** Accordingly,

**IT IS ORDERED** that by February 26, 2021, the Debtor(s) shall

pay the fee in full, the balance due being $313.00

**OR**

file an Application to Pay the Filing Fee in Installments. The Application must provide for an initial payment of $78.00 that is due at the time of filing. The Application must provide for no more than two additional installment payments. The balance due on the initial payment is $78.00 and must accompany the Application that is due by February 26, 2021

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online−payments

If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party of interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this Order on Debtor, Debtor's counsel, and Trustee.

**SO ORDERED,** on February 16, 2021 .

Form 436 Order Regarding Unpaid Filing Fees.
(Revised December 2020)

Barbara Ellis−Monro
United States Bankruptcy Judge