Walden, Tommy - Jane
Paycheck Summary Worksheet

**Automation Personell Services**

| Date | Earnings | Taxes | Other | Net Ck | Form B22 | Diagnostics/Notes |
|---|---|---|---|---|---|---|
| Salary X26 | 424.00 | 0.00 | 0.00 | 424.00 | 1,837.33 | |
| Hash total: | 424.00 | 0.00 | 0.00 | 424.00 | 1,837.33 | |
| **SPOUSE:** | 424.00 | 0.00 | 0.00 | 424.00 | 1,837.33 | |

Walden, Tommy Lane
Deduction Summary Worksheet

**By Paycheck Deduction**

| Paycheck Deduction | Form B22 Line Assignment | Amount | Adjustment | Net | Form B22 |
|---|---|---|---|---|---|
| | Monthly total: | 0.00 | 0.00 | 0.00 | 0.00 |

**By Form B22 Line Assignment**

| Form B22 Line Assignment | Amount |
|---|---|
| Total monthly deduction(s): | 0.00 |

Walton, Tommy - Jane
Other Income Summary Worksheet

| Date | Description | Gross | Deductions | Net Income | Form B22 |
|------|-------------|------:|-----------:|-----------:|---------:|

**Debtor 1**
*Income from all other sources*

| | 6X Disability | 1,180.00 | 0.00 | 1,180.00 | 1,180.00 |
|---|---|---:|---:|---:|---:|
| | | | | | 1,180.00 |
| | | | | **DEBTOR:** | 1,180.00 |

Wednesday, February 17, 2021 - 3:13 PM                                                                                              Page 1

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: December 20, 2019
BNC#: 19T2168D06147-HA

0008373  00632464     1 FP  0.459 1213M1T2R7PN  T1740 P50
TOMMY L WALDEN
45D BAXTER RD SE
CALHOUN GA 30701

We are writing to you about your Social Security benefits.

**What You Should Know**

As you requested on or about December 13, 2019 we changed your direct deposit information. We will send your Social Security payments to the financial institution or account you selected.

You should keep the old account open until we send a payment to the account. It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send future letters to your new address. Also let us know if you change the account where we send your payments.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. example, Social Security benefits for March are paid in April.

- You will receive $1,324.00 for December 2019 around January 22

- After that you will receive $1,324.00 on or about the fourth We of each month.

ENIOUS CORPORATE STRATEGIES LLC

JENIFER EVANS

RESACA 9/16-9/30/2020

IRST INTERCONTI

| MOHAWK ESV, INC.<br>P.O. Box 12069<br>Calhoun GA, 30703 | | | | | Employee Name | | |
|---|---|---|---|---|---|---|---|
| | | | | | JENIFER T EVANS | | |
| | | | | | Employee Number | | Pay Per End |
| | | | | | 169472 | | 08/08/2020 |
| TAX DATA | MARITAL STATUS | | ALLOW | ADD'L W/H | Personnel Area | USA | Calhoun  GA |
| FED | Single or Married fi | | 00 | 0.00 | | | |
| GA | Single | | 00 | 0.00 | | | |

| Earning and Hours | | | | | Deductions | |
|---|---|---|---|---|---|---|
| Description | HR/Units | Rate | Current | Y-T-D | Description | Current |
| Orientation | | | | 30.28 | | |
| Direct Labor | 27.00 | 15.14 | 408.78 | 722.94 | | |
| | | | | | TOTAL DEDUCTIONS | 0.00 |

| Employee Tax Information | | |
|---|---|---|
| Tax Authority | Current Withholding | Y-T-D Witholding |
| FED  W/H | | |
| FED  FICA | 25.34 | 46.70 |
| FED  FMHI | 5.93 | 10.92 |
| GA   W/H | | |

| TOTAL HOURS\WAGES | 27.00 | | 408.78 | 753.22 | TOTAL TAX | 31.27 | 57.62 |
|---|---|---|---|---|---|---|---|
| PAID EARNINGS | | TAXES | DEDUCTIONS | | NET PAY | | |
| CUR  408.78 | | 31.27 | 0.00 | | 377.51 | | |

TOTAL NET

MESSAGES



MOHAWK INDUSTRIES, INC.
OHAWK ESV, INC.
O. Box 12069
alhoun GA, 30703

To the Order of:

| | DISBURSEMENT |
|---|---|
| PAYMENT DATE | 08/13/2020 |
| TOTAL NET  $ | 377.51 |
| Account No. | 2568 |

Please retain this statement for your record.

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

| Employee Name | | |
|---|---|---|
| JENIFER T EVANS | | |
| Employee Number | Pay Per End | Paym |
| 169472 | 08/01/2020 | 08/0 |
| Personnel Area | USA  Calhoun  GA | 450 Cla |

| TAX DATA | MARITAL STATUS | ALLOW | ADD'L W/H |
|---|---|---|---|
| FED | Single or Married fi | 00 | 0.00 |
| GA | Single | 00 | 0.00 |

### Earning and Hours

| Description | HR/Units | Rate | Current | Y-T-D |
|---|---|---|---|---|
| Orientation | 2.00 | 15.14 | 30.28 | 30.28 |
| Direct Labor | 20.75 | 15.14 | 314.16 | 314.16 |

### Deductions

| Description | Current |
|---|---|
| TOTAL DEDUCTIONS | 0.00 |

### Employee Tax Information

| Tax Authority | Current Withholding | Y-T-D Witholding | |
|---|---|---|---|
| FED   W/H | | | |
| FED   FICA | 21.36 | 21.36 | |
| FED   FMHI | 4.99 | 4.99 | |
| GA    W/H | | | |

| TOTAL HOURS\WAGES | 22.75 | | 344.44 | 344.44 | TOTAL TAX | 26.35 | 26.35 |
|---|---|---|---|---|---|---|---|

| PAID EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| CUR   344.44 | 26.35 | 0.00 | 318.09 |

| TOTAL NET | 3 |
|---|---|

MESSAGES

---

**MOHAWK INDUSTRIES, INC.**
MOHAWK ESV, INC.
P.O. Box 12069
Calhoun GA, 30703

To the Order of:
JENIFER T EVANS
1436 NICKELSVILLE RD NE
RESACA          GA 30735

| DISBURSEMENT | |
|---|---|
| PAYMENT DATE | 08/06/2020 |
| TOTAL NET  $ | 318.09 |
| Account No. 2568 | Amoun 318.0 |