**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Rome Division**

| | |
|---|---|
| In   Debtor(s) <br> Re:   **Tommy Lamar Walden** | Case No.: **21−40167−bem** <br> Chapter: **13** |

# ORDER REGARDING UNPAID FILING FEES

The Debtor(s) filed a voluntary petition on February 12, 2021. The amount needed to pay the filing fee in full is **$313.00.** Accordingly,

**IT IS ORDERED** that by February 26, 2021, the Debtor(s) shall

   pay the fee in full, the balance due being $313.00

**OR**

   file an Application to Pay the Filing Fee in Installments. The Application must provide for an initial payment of $78.00 that is due at the time of filing. The Application must provide for no more than two additional installment payments. The balance due on the initial payment is $78.00 and must accompany the Application that is due by February 26, 2021

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

**Payments may also be made online at:** https://www.ganb.uscourts.gov/online−payments

If, by the date(s) set forth above, i) the filing fee is not paid in accordance with this Order; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party of interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.

The Clerk will serve this Order on Debtor, Debtor's counsel, and Trustee.

**SO ORDERED,** on February 16, 2021 .

Form 436 Order Regarding Unpaid Filing Fees.
(Revised December 2020)

Barbara Ellis−Monro
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 21-40167-bem
Tommy Lamar Walden Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6      User: gentryr      Page 1 of 1
Date Rcvd: Feb 16, 2021      Form ID: 436      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tommy Lamar Walden, 1436 Nicklesville Rd NE, Resaca, GA 30735-5305 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Debtor Tommy Lamar Walden dan@whitfieldcountylaw.com |
| Mary Ida Townson | courtdailysummary@atlch13tt.com |

TOTAL: 2