```
                 UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ROME DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING MOTION TO DISMISS HEARING**

```
CASE NO.    R21-40167-BEM              ELLIS-MONRO, JUDGE
DEBTOR(S):  TOMMY L. WALDEN            DATE:   MAY 19, 2021

     SONYA BUCKLEY GORDON TO REPORT BACK IN 10 DAYS

     WHETHER DEBTOR'S PLAN PAYMENTS CURRENT

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION OF THE PLAN
     DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT
     PLEASE ENTER AN ORDER OF DISMISSAL.



     June 8, 2021



                              _____/s_____
                              Sonya Buckley Gordon, Esq.
                              for Chapter 13 Trustee
                              GA. Bar No. 140987
```

```
Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110
```

R21-40167-BEM

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

TOMMY L. WALDEN
1436 NICKLESVILLE RD, NE
RESACA, GA 30735-5305

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES

This 9TH day of June, 2021

      /s/
———————————————————
Sonya Buckley Gordon, Esq.
Standing Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110